Vik Nagpal, State Bar No. 214455
vnagpal@bremerwhyte.com
Jeremy S. Johnson, State Bar No. 214989
jjohnson@bremerwhyte.com
Tyler B. McQuillan, State Bar No. 316207
tmcquillan@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 236-0048
Facsimile: (619) 236-0047

JS-6

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants,
ENTERTAINMENT ONE REALITY
PRODUCTIONS, INC. and PURVEYORS OF POP
PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FERRELL, an individual,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ENTERTAINMENT ONE REALITY PRODUCTIONS, INC., a California Corporation; and PURVEYORS OF POP PRODUCTIONS, INC., a California Corporation,<br><br>　　　Defendants. | Case No. 2:18-cv-1287-JFW (PLAx)<br><br>Judge: Hon. John F. Walter<br>Ctrm: 7A<br><br>**ORDER ON STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF PLAINTIFF SCOTT FERRELL'S COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: February 16, 2018<br>Trial Date: January 8, 2019 |

## <u>ORDER</u>

The Court, having reviewed the Stipulation for Dismissal of Plaintiff Scott Ferrell's Complaint with Prejudice, and finding it proper, hereby orders that:

1.　Plaintiff SCOTT FERRELL ("Plaintiff") and Defendants ENTERTAINMENT ONE REALITY PRODUCTIONS, INC. and PURVEYORS OF POP PRODUCTIONS, INC (collectively, "Defendants") shall comply with the terms of their Settlement Agreement and Release (the "Agreement") entered into on September 21, 2018; and

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

ORDER ON STIPULATION AND PROPOSED ORDER TFOR DISMISSAL OF PLAINTIFF SCOTT FERRELL'S COMPLAINT WITH PREJUDICE

1133.249 4826-1508-5663.1

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's Complaint is dismissed with prejudice, including all claims stated herein by Plaintiff against Defendants. Plaintiff and Defendants shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
Hon. John F. Walter
United States District Court

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2
ORDER ON STIPULATION AND PROPOSED ORDER TFOR DISMISSAL OF PLAINTIFF SCOTT FERRELL'S COMPLAINT WITH PREJUDICE
1133.249 4826-1508-5663.1