Vik Nagpal, State Bar No. 214455
vnagpal@bremerwhyte.com
Jeremy S. Johnson, State Bar No. 214989
jjohnson@bremerwhyte.com
Tyler B. McQuillan, State Bar No. 316207
tmcquillan@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
501 West Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 236-0048
Facsimile: (619) 236-0047

Attorneys for Defendants,
ENTERTAINMENT ONE REALITY
PRODUCTIONS, INC. and PURVEYORS OF POP
PRODUCTIONS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FERRELL, an individual, | Case No. 2:18-cv-1287-JFW (PLAx) |
| Plaintiffs, | Judge: Hon. John F. Walter<br>Ctrm: 7A |
| vs. | **JUDGMENT** |
| ENTERTAINMENT ONE REALITY PRODUCTIONS, INC., a California corporation; and PURVEYORS OF POP PRODUCTIONS, INC., a California corporation, | Third-Party Complaint Filed: August 28, 2018 |
| Defendants. | |
| ENTERTAINMENT ONE REALITY PRODUCTIONS, INC., a California corporation; and PURVEYORS OF POP PRODUCTIONS, INC., a California corporation, | |
| Third-Party Plaintiffs, | |
| vs. | |
| PRIME STORAGE SYSTEMS, INC. dba PRIME MOVING, a New Jersey corporation, | |
| Third-Party Defendant. | |

BREMER WHYTE BROWN &
O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

JUDGMENT

1133.249 4851-7379-9298.1

Third-party plaintiffs ENTERTAINMENT ONE REALITY PRODUCTIONS, INC., a California corporation, and PURVEYORS OF POP PRODUCTIONS, INC., a California corporation's (collectively, "Third-Party Plaintiffs") motion for entry of default judgment against third-party defendant PRIME STORAGE SYSTEMS, INC., a New Jersey corporation doing business as PRIME MOVING ("Third-Party Defendant"), came before the Honorable John F. Walter, United States District Court Judge.

It appearing that Third-Party Defendant, having been regularly served with process, having failed to plead or otherwise defendant this action, and its default having been entered, on application of Third-Party Plaintiffs to have the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Third-Party Plaintiffs have judgment against Third-Party Defendant as follows:

1. Amounts paid by third-party plaintiffs ENTERTAINMENT ONE REALITY PRODUCTIONS, INC., a California corporation; and PURVEYORS OF POP PRODUCTIONS, INC., a California corporation, to plaintiff Scott Ferrell ("Plaintiff") for amounts owed to Plaintiff for damage caused to certain of Plaintiff's personal property by third-party defendant PRIME STORAGE SYSTEMS, INC., a New Jersey corporation doing business as PRIME MOVING: $14,886.01.

2. Costs to be determined after entry of judgment.

3. Interest pursuant to 28 U.S.C. section 1961, subdivision (a).

Dated: February 5, 2019

_____
Hon. John F. Walter
Judge, United States District Court

BREMER WHYTE BROWN & O'MEARA LLP
501 WEST BROADWAY
SUITE 1700
SAN DIEGO, CA 92101
(619) 236-0048

2
JUDGMENT

1133.249 4851-7379-9298.1